# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| V. | PLAINTIFF | 19MJ01806 |
| USMS# Kwesi Asare | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/30/19 5:00 ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

    18 USC 1343 Wire Fraud

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel: ☒ No
    ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Patrick Feders (please print)

12. Office Phone Number: 310-996-3904          13. Agency: FBI

14. Signature: /s/                              15. Date: 5/1/2019

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION