**NFPV**

CJA-23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)

IN THE CASE OF: U.S. v. KWASI ASARE
FOR: C.D CAL
AT: LOS ANGELES

CLERK, U.S. DISTRICT COURT
MAY -1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): KWASI ASARE

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 19mj1866
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)
18 USC §1345; 1343
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: FIGHTANTEDACTIVE (+ CONSULTING)
IF YES, how much do you earn per month? $ APPROX $5000
IF NO, give month and year of last employment? ___
How much did you earn per month? $ ___
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ N/A
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, give the amount received and identify the sources
RECEIVED: $ ___
SOURCES: ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, total amount? $ 150.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, give value and description for each

| VALUE | DESCRIPTION |
|---|---|
| $ 10,000 | LIFE GUIDES (INVESTMENT) (NOT LIQUID) |
| $ 10,000 | MONETA PRO (INV.) (NOT LIQUID) |
| $ 0.00 | SALUTE THE TROOPS (OPTIONS) |
| $ 10,000 | MONETIZER (OPTIONS) (ILLIQUID) |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT (APPROX) |
|---|---|---|
| RENT | $ | $ 1200 |
| FOOD | $ | $ 750 |
| BUSINESS TRAVEL | $ | $ 1500 |
| LOAN REPAYMENT | $ | $ 2000 (AUG) |
| STUDENT LOANS | $ | $ 1500 / 100 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]
Date: 5/1/19