

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB:LTG
F. #2018R01495

*610 Federal Plaza*
*Central Islip, New York 11722*

May 1, 2019

By Hand

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   MAY 01 2019   ★
LONG ISLAND OFFICE

    Re:    United States v. Kwasi Asare, et al.
            Criminal Docket No. 19-376-M

Dear Judge Lindsay:

    The government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed.

    Respectfully submitted,

    RICHARD P. DONOGHUE
    United States Attorney

By:        /s/
    Lara T. Gatz
    Assistant U.S. Attorney
    (631) 715-7913

Enclosure

cc:    Clerk of Court (by ECF)