ALB:LTG
F.# 2018R01495

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KWASI ASARE, MARK LAMICKA, also known
as Mark Lamica and Mark Lomicka, JAMES
GANIERE and KEVIN CARRIKER,

Defendants.

PROPOSED ORDER

CR 19-376-M

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 01 2019 ★
LONG ISLAND OFFICE

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lara T. Gatz, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated: Central Islip, New York
May __, 2019

s/ Arlene R. Lindsay

_____
HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK