# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** A. KATHLEEN TOMLINSON  **DATE:** 7-10-2019
UNITED STATES MAGISTRATE JUDGE  **TIME:** 10:48 a.m.  (5 mins)

**DOCKET #:** MJ-19-376-01

**CAPTION:** *U.S.A. -v- Asare et al.*

**DEFENDANT:** Kwasi Asare   Deft. 1    **ATTORNEY:** Sean Maher  (CJA)
__X__ PRESENT **via telephone**   ____ NOT PRESENT
____ IN CUSTODY   __X__ ON BOND

**AUSA:** Lara Gatz    **COURTROOM DEPUTY:** MVR

**FTR:** 10:48-10:53

**INTERPRETER:** N/A   **LANGUAGE:**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 10 2019 ★
LONG ISLAND OFFICE

**APPLICATION AND ORDER OF EXCLUDABLE DELAY** executed.  The defendant waives speedy indictment time from **7-10-2019** through **9-20-2019.**

**OTHER: Defendant resides in Pennsylvania. With permission of Court and defendant, Kwasi Asare's waiver signed and initialed by attorney Sean Maher, present in courtroom, then initialed by AUSA Lara Gatz and Court.**

Defendant continued on bond.  Conditions remain the same.