# THE LAW OFFICES OF SEAN M. MAHER, PLLC

November 18, 2019

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

      **RE:**    **United States v. Kwasi Asare,**
              **Docket # 2:19-mj-00376-AYS**

Dear Judge Shields:

      I am counsel for Defendant Kwasi Asare, who has appeared in Magistrate Court but has not been indicted. I respectfully write to request that the Court adjourn the court appearance scheduled for November 20, 2019 until a date during the first week of February 2020. The reason for this request is that the parties are actively working to resolve the matter and the requested time would be beneficial to both sides in potentially reaching a resolution. I have discussed the Speedy Trial Act with Mr. Asare and he consents to waiving the requested time for Speedy Trial purposes. I have relayed this proposed adjournment request to the government and have been informed by AUSA Lara Gatz that the government consents to this adjournment request.

                                                  Respectfully submitted,

                                                  _____/S/_____

                                                  Sean M. Maher
                                                *Counsel for Defendant Kwasi Asare*

cc: all counsel via ECF